UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WESTGATE,

    Plaintiff,

-vs-                            Case No:   1:07-cv-07986-PKL

ROEHRIG MARITIME, LLC,

    Defendant.
_____/

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com
_____/



## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Roberta E. Ashkin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Dennis M. O'Bryan
O'Bryan Baun Cohen Kuebler
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax

Dennis M. O'Bryan is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceedings against Dennis M. O'Bryan.

*[signature]*

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101 906
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

Dated:   9-26-07

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the ___ day of _____, 2007 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

Roehrig Maritime, LLC
One School St., Ste. 202
Glen Cove, NY 11542

*[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WESTGATE,

    Plaintiff,

-vs-                                       Case No:    1L07-cv-07986-PKL

ROEHRIG MARITIME, LLC,

    Defendant.

_____/

STATE OF NEW YORK    )
                               )SS
COUNTY OF              )

**AFFIDAVIT OF ROBERTA E. ASHKIN
IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Roberta E. Ashkin, being duly sworn, deposes and says as follows:

1.     I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dennis M. O'Bryan as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Dennis M. O'Bryan since 2007.

4.     Dennis M. O'Bryan is associated with the firm of O'Bryan Baun Cohen Kuebler in Birmingham, Michigan.

5. I have found Dennis M. O'Bryan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Dennis M. O'Bryan, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Dennis M. O'Bryan, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Dennis M. O'Bryan, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

_____
Roberta E. Ashkin
SDNY Bar Code: 115461515

Subscribed and sworn to before me this __10__ day of __Sept__, 2007.

_____

SCOTT A. RUBMAN
Notary Public, State of New York
No. 4818174
Qualified in New York County
Commission Expires May 31, 20___

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## Eastern District of Michigan

### CERTIFICATE OF GOOD STANDING

*I,* David J. Weaver *, Clerk of this Court,*

*certify that* Dennis M. O'Bryan ,

*was duly admitted to practice in this Court on*

November 15, 1979 *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* Detroit, MI *on* September 24, 2007 .
LOCATION                                    DATE

David J. Weaver
CLERK

[signature]
DEPUTY CLERK