James E. Mercante (JM 4231)
Yoon S. Han (YH 7602)
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Attorneys for Defendant
ROEHRIG MARITIME, LLC

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil No. 07 CIV 7986 (PKL) |
| JOHN WESTGATE,<br><br>                      Plaintiff,<br><br>  -against-<br><br>ROEHRIG MARITIME, LLC,<br><br>                      Defendant. | **DEFENDANT'S<br>RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Local Civil Rules for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant certifies that the following are the corporate parents, subsidiaries, or affiliates of defendant that are publicly held:

ROEHRIG MARITIME, LLC. .......................................................... NONE.

Dated:     New York, New York
             November 15, 2007

RUBIN, FIORELLA & FRIEDMAN, LLP

By: _____
James E. Mercante (JM 4231)
Yoon S. Han (YH 7602)
*Attorneys for Defendant*
ROEHRIG MARITIME, LLC
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381

TO: ROBERTA E. ASHKIN
*Attorneys for the Plaintiff*
580 Broadway, Suite 1101
New York, New York 10012
(212) 965-0010