UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WESTGATE,

    Plaintiff,

-vs-                                    Case No: 1:07-cv-07986-PKL

ROEHRIG MARITIME, LLC,

    Defendant.
_____/
ROBERTA E. ASHKIN (#115461515)
Local Counsel for Plaintiff
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 Fax
robertaashkin@aol.com
_____/

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Roberta E. Ashkin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Howard M. Cohen
    O'Bryan Baun Cohen Kuebler
    401 S. Old Woodward, Ste. 450
    Birmingham, MI 48009
    (248) 258-6262
    (248) 258-6047 - fax

Howard M. Cohen is a member in good standing of the Bar of the State of Michigan.

1

There are no pending disciplinary proceedings against Howard M. Cohen.

                _____
                Roberta E. Ashkin (#115461515)
                Local Counsel for Plaintiff
                580 Broadway, Ste. 1101
                New York, NY 10012
                212-965-0010
                212-965-1301 fax
                robertaashkin@aol.com

DATED:

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 29 day of _____, 2007 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

James E. Mercante
Yoon S. Han
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Ave., 11th Floor
New York, NY 10017

                _____

SCOTT A. RUBMAN
Notary Public, State of New York
No. _____
Qualified in New York County
Commission Expires May 31, 20__

Birmingham, Michigan.

5. I have found Howard M. Cohen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Howard M. Cohen, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Howard M. Cohen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Howard M. Cohen, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

_____
Roberta E. Ashkin
SDNY Bar Code: 115461515

Subscribed and sworn to before me this 30th day of Nov., 2007.

_____

SCOTT A. RUBMAN
Notary Public, State of New York
No. 4818174
Qualified in New York County
Commission Expires May 31, 20__

2

# United States District Court
# Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, certify that

## Howard M. Cohen

was admitted to practice in this Court on June 07, 1988, and is in good standing as a member of the bar of this Court.

Dated at Detroit, Michigan on November 16, 2007.

*David J. Weaver*
Clerk

By _____,
Attorney Admissions Clerk

INT-0104-DT-4/91

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WESTGATE,

        Plaintiff,

-vs-                                                Case No: 1:07-cv-07986-PKL

ROEHRIG MARITIME, LLC,

        Defendant.

_____/

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Robert E. Ashkin, attorney for Plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Howard M. Cohen
        O'Bryan Baun Cohen Kuebler
        401 S. Old Woodward, Ste. 320
        Birmingham, MI 48009
        (248) 258-6262
        (248) 258-6057 fax
        hcohen@obryanlaw.net

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

_____
United States District Judge